UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS DIVISION

**TERRI LAWRENCE,**

   **Plaintiff,**

v.               **Civil Action No.: 2:20-CV-37**
                 **JUDGE THOMAS S. KLEEH**

**JASON W. LAMBERT;**
**MASTEC, INC.; and,**
**PRECISION PIPELINE, LLC;**

   **Defendants.**

## AGREED DISMISSAL ORDER

On this 22nd day of August, 2022, came the Plaintiff, by and through its counsel, and Defendants, by and through their counsel, and submitted the instant Agreed Dismissal Order. Having reached a full and final settlement relating to the allegations in the Complaint, all parties hereby move this Court for an order of dismissal. Accordingly, the undersigned hereby **DISMISSES** the Complaint **with prejudice** and strikes this matter from the Court's docket.

The Clerk of Court is directed to provide copies of this Order to all counsel of record.

DATE: August 22, 2022

                 *Tom S Kleeh*
                 _____
                 Honorable Thomas S. Kleeh
                 United States District Judge